<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6088**

JOHN ROBERT DEMOS, JR.,

     Petitioner - Appellant,

   v.

UNITED STATES OF AMERICA; UNITED STATES CONGRESS; PRESIDENT
OF THE UNITED STATES,

     Respondents - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Catherine C. Blake, District Judge.
(1:09-cv-03205-CCB)

Submitted:  March 29, 2010    Decided:  April 8, 2010

Before KING and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

John Robert Demos, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Robert Demos, Jr., appeals the district court's order dismissing this action under 28 U.S.C. § 1915(g) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Demos v. United States</u>, No. 1:09-cv-03205-CCB (D. Md. Dec. 23, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2